UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR 10-0610 LHK |
| Plaintiff, ) | [**PROPOSED**] PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| BRENTON PHARR, ) | |
| Defendant. ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on January 19, 2011, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

1. a Cyberpower Desktop Center Processing Unit ("CPU") bearing serial no. 15355/B9BWPX;

2. a Cyberpower Gaming Development CPU bearing serial no. 658713/DHKHUY;

3. a Toshiba Satellite Laptop Computer bearing serial no. 6016343CU;

4. an Xbox 360 with power/adapter cords bearing serial no. 401077262306;

5. a Creative Zen Media Player with USB cord bearing serail no. MAPF/1800607007646R;

6. a Motorola Droid Smart Phone bearing serail no. 268435458113959690;

      7.   a Sandisk 32 Megabyte Thumbdrive; and

      8.   184 miscellaneous Compact Discs (CDs) containing images of child pornography, pursuant to Title 18, United States Code, Sections 2253(a)(1) & (a)(3).

      IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

      IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture became final as to the defendant at the time of his sentencing on January 19, 2011 and as such, was made part of the sentence and included in the judgment dated February 8, 2011.

      IT IS SO ORDERED this  11th  day of  May  2011.

LUCY H. KOH
United States District Judge