UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>BRENTON PHARR,<br><br>                 Defendant. | Case No.  CR 10-0610 LHK<br><br>[~~PROPOSED~~] **FINAL ORDER OF FORFEITURE** |

On May 11, 2011, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, a Cyberpower Desktop Center Processing Unit ("CPU") bearing serial no. 15355/B9BWPX; a Cyberpower Gaming Development CPU bearing serial no. 658713/DHKHUY; a Toshiba Satellite Laptop Computer bearing serial no. 6016343CU; an Xbox 360 with power/adapter cords bearing serial no. 401077262306; a Creative Zen Media Player with USB cord bearing serial no. MAPF/1800607007646R; a Motorola Droid Smart Phone bearing serial no. 268435458113959690; a Sandisk 32 Megabyte Thumbdrive; and 184 miscellaneous Compact Discs (CDs) containing images of child pornography, pursuant to Title 18, United States Code, Sections 2253(a)(1) & (a)(3).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) & (a)(3).  All right, title, and interest in said property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

Dated:  9/18/11

_____
LUCY H. KOH
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 10-0610 LHK

2